GIRÓN, APELANTE, *v.* SUCESIÓN SERRALLÉS, APELADA.

### Corte de Distrito de Ponce.

No. 2582.—Resuelto en diciembre 21, 1922.

Las cuestiones levantadas en este caso afectan al peso de la prueba.

Hemos examinado los autos a la luz de los razonamientos contenidos en los alegatos y no encontramos que exista error tan manifiesto en las conclusiones y en la sentencia de la corte inferior que requiera una revocación.

Estamos persuadidos de que la cuestión relativa a la compensación por servicios prestados, envolvía a lo sumo una obligación implícita y que la fijación de la suma que había de pagarse dependía en gran parte, si no enteramente del gusto de los demandados.

Sin embargo, no estamos conformes con el pronunciamiento de costas, envolviendo, como envuelve, el elemento de honorarios de abogado. No parece existir razón alguna muy satisfactoria para que deba ser condenado de tal modo. Debe modificarse la sentencia apelada de conformidad con esta opinión y entonces, confirmada.

El Juez Asociado Sr. Hutchison, emitió la opinión del tribunal.